**Order entered November 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00367-CR
No. 05-18-00368-CR
No. 05-18-00369-CR

**BRANDON V. CARRAWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75820-S, F17-75821-S & F17-75822-S**

## ORDER

Appellant was convicted of compelling prostitution of a child younger than eighteen years of age, sexual assault of a child younger than eighteen years of age, and trafficking of persons younger than eighteen years of age for prostitution. Appellant filed his brief on October 22, 2018. In the brief, he uses the name of the victim. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to John Helms and the Dallas County District Attorney's Office.


/s/  CRAIG STODDART
   JUSTICE